IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON DUANE EMERY
ADC #510514                                                              PLAINTIFF

v.                         No. 1:18-cv-98-DPM-PSH

WENDY KELLEY, Director, Arkansas
Department of Correction; DEXTER
PAYNE, Deputy Director, ADC;
DeANGELO EARL, Warden, ADC Grimes
Unit; and GAIL HOLLAND, ADC                                              DEFENDANTS

## ORDER

On *de novo* review, the Court declines the partial recommendation, № 30, and sustains the Defendants' objections, № 31. FED. R. CIV. P. 72(b)(3). If Emery had gone after just "policy and procedure makers" or "ADC officials" in his grievances, then a response on the merits would have waived the Department's exhaustion defense. *Hammett v. Cofield*, 681 F.3d 945, 947–48 (8th Cir. 2012). But here, each grievance named someone involved in the problem—Wendy Kelley—in addition to a catch-all reference to the unnamed folks. The Court concludes that these grievances weren't so clearly flawed that addressing them on the merits amounted to a waiver. *Cf. Burns v. Eaton*, 752 F.3d 1136, 1141–42 (8th Cir. 2014). Emery therefore failed to exhaust his claims as to Payne, Earl, and Holland. Their motion for partial summary judgment, № 21, is

granted; and Emery's claims against them are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 September 2019