# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

JASON DUANE EMERY
ADC #510514                                              PLAINTIFF

v.                          No: 1:18-cv-98-DPM-PSH

WENDY KELLEY, Director,
Arkansas Department of Correction                        DEFENDANT

## ORDER

**1.** The Court withdraws the reference.

**2.** Motion to dismiss, № 34, granted. Emery's lawyer in another pending case, № 1:18-cv-55-DPM-BD, has informally confirmed that the recent settlement covers both cases. Emery's complaint will therefore be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

12 February 2020