# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

JASON DUANE EMERY                                                                       PLAINTIFF
ADC #510514

v.                                       No: 1:18-cv-98-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; DEXTER
PAYNE, Deputy Director, ADC;
DeANGELO EARL, Warden, ADC Grimes
Unit; and GAIL HOLLAND, ADC                                      DEFENDANTS

## JUDGMENT

Emery's complaint is dismissed with prejudice.

*WPMarshallJr.*

D.P. Marshall Jr.
United States District Judge

12 February 2020